# Exhibit 1

| | |
|---|---|
| **From:** | O"Brien, Jonathan |
| **To:** | Hsu, Ken |
| **Cc:** | Lederkramer, David M.; Cook, Tara |
| **Subject:** | Re: Use Policy and Privacy Policy |
| **Date:** | Sunday, December 11, 2022 2:58:08 PM |

Fine with me

**Jonathan O'Brien**
Executive Director &
Chief Operating Officer

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3460
f 212.969.2900
jobrien@proskauer.com

greenspaces
Please consider the environment before printing this email

> On Dec 7, 2022, at 14:51, Hsu, Ken <KHSU@proskauer.com> wrote:
>
> Hi Jonathan, David
>
> I plan to send the attached communication and policies to the Firm on 12/13 (Except Paris office) with acknowledgement on 12/14.
>
> No material change to both policies. But I have attached the track change version in Word.
>
> Let me know if you have any questions or concerns.
>
> Ken
>
>
> **Ken Hsu**
> Information Security and Technology Officer
>
> Proskauer
> Eleven Times Square
> New York, NY 10036-8299
> d 212.969.5328
> f 212.969.2900
> khsu@proskauer.com
>
> *Visit our Self-Service Portal to submit or get updates on your requests.*

greenspaces
Please consider the environment before printing this email.

<Global Privacy Policy and Procedure.docx>
<2022 Proskauer Computer and Communications Use and Data Protection (Draft).docx>
<mime-attachment>