# Exhibit 2

| From: | O"Brien, Jonathan |
|---|---|
| To: | Peterson, Cathleen P. |
| Subject: | RE: Legal Holds |
| Date: | Wednesday, December 7, 2022 11:30:18 AM |

Great – thanks very much

**Jonathan O'Brien**
Executive Director &
Chief Operating Officer

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3460
f  212.969.2900
jobrien@proskauer.com

**green**spaces
Please consider the environment before printing this email.

**From:** Peterson, Cathleen P. <CPeterson@proskauer.com>
**Sent:** Tuesday, December 6, 2022 10:31 AM
**To:** O'Brien, Jonathan <jobrien@proskauer.com>
**Subject:** Re: Legal Holds

All set, Jonathan.  The hold has been removed.
Thanks for reaching out,
Cathleen

Cathleen P. Peterson
Senior eDiscovery Consultant

> On Dec 5, 2022, at 7:36 PM, O'Brien, Jonathan <jobrien@proskauer.com> wrote:
>
> I know. And yes I have! I've been on a clean-up mission.
>
> Thanks
> Jonathan
>
> **Jonathan O'Brien**
> Executive Director &
> Chief Operating Officer
>
> Proskauer
> Eleven Times Square
> New York, NY 10036-8299

d 212.969.3460
f  212.969.2900
jobrien@proskauer.com

**green**spaces
Please consider the environment before printing this email.

---

**From:** Peterson, Cathleen P. <CPeterson@proskauer.com>
**Sent:** Monday, December 5, 2022 7:25 PM
**To:** O'Brien, Jonathan <jobrien@proskauer.com>
**Subject:** RE: Legal Holds

Sure thing, Jonathan.  Just to confirm – email older than one year that is not saved or archived will be deleted.  Have you already stored everything you need that falls into that category (one year or older)?

Thanks,

Cathleen

**Cathleen P. Peterson**

she/her/hers

Senior eDiscovery Consultant

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 917-907-4856
m 571-217-1512
cpeterson@proskauer.com

---

**From:** O'Brien, Jonathan <jobrien@proskauer.com>
**Sent:** Monday, December 5, 2022 5:06 PM
**To:** Peterson, Cathleen P. <CPeterson@proskauer.com>
**Subject:** Legal Holds

Hi Cathleen

Chris Gardephe tells me that you can have my mailbox released from hold, now that the two matters on hold have been closed. Could you do so and let me know when done?

Thanks very much
Jonathan

**Jonathan O'Brien**

Executive Director &
Chief Operating Officer

[Proskauer](#)
Eleven Times Square
New York, NY 10036-8299
d 212.969.3460
f  212.969.2900
[jobrien@proskauer.com](mailto:jobrien@proskauer.com)

**green**spaces
Please consider the environment before printing this email.