# EXHIBIT 1



Catalog Task - SCTASK0076459

| | | | |
|---|---|---|---|
| Number | SCTASK0076459 | Priority | 3 - Moderate |
| * Assignment group | IT Help Desk | State | Closed Complete |
| * Assigned to | Maria Ford | Request item | RITM0084522 |
| Active | ☐ | Requested for | Jonathan O'brien |

* Short description: Request to download Firm data to removable media – USB/CD 24 Hour Access

* Description:
Please follow the following steps
1. Get Partner and/or Chief Approval via email
2. If approved,
   a. Attach email documenting the approval to the task.
   b. Add user to AD Group and notify user.
      i. Groups/Restricted Groups/W10_Removable_Media
      ii. Put the request on hold for 24 hours.
3. If Rejected/Not Approved, notify user.

## Variables

* Requested for
Jonathan O'brien

☐ Permanent Access

* Why do you need this access?
Jonathan needs to download data from local drive to a USB to provide to consultants.

Contact Type
Portal

Work notes (Internal only): Work notes (Internal only)

Ken Hsu is viewing

Post

Activities: 38

System — Email sent • 12/20/2022 03:55:58 PM
Email sent
Subject: Task SCTASK0076459 has been taken off hold
From: Proskauer Help Desk
To: MFord@proskauer.com
Show email details

DB Daniel Brennan — Field changes • 12/20/2022 03:55:49 PM
Off Hold: [Empty] *was* 12/23/2022 02:56:09 AM
State: Closed Complete *was* On Hold

DB Daniel Brennan — Field changes • 12/20/2022 03:55:49 PM
Off Hold: [Empty] *was* 12/23/2022 02:56:09 AM
State: Closed Complete *was* On Hold

System — Email sent • 12/20/2022 03:55:40 PM
Email sent
Subject: Task SCTASK0076459 worknotes have been updated
From: Proskauer Help Desk
To: MFord@proskauer.com
Show email details

DB Daniel Brennan — Work notes (Internal only) • 12/20/2022 03:55:33 PM
Andrea Denton removed J. O'Brien from the Win10_Removable Media Group.

MS Matthew Silva — Field changes • 12/16/2022 02:56:11 AM
Off Hold: 12/23/2022 02:56:09 AM
State: On Hold *was* Off Hold

MS Matthew Silva — Field changes • 12/16/2022 02:56:11 AM
Off Hold: 12/23/2022 02:56:09 AM
State: On Hold *was* Off Hold

System — Email sent • 12/15/2022 01:28:13 PM
Email sent
Subject: Task SCTASK0076459 has been taken off hold
From: Proskauer Help Desk
To: MFord@proskauer.com
Show email details

MS Matthew Silva — Field changes • 12/15/2022 01:28:07 PM
Off Hold: [Empty] *was* 12/15/2022 01:28:07 PM
State: Off Hold *was* On Hold

MS Matthew Silva — Field changes • 12/15/2022 01:28:07 PM
Off Hold: [Empty] *was* 12/15/2022 01:28:07 PM
State: Off Hold *was* On Hold

MF Maria Ford — Field changes • 12/09/2022 07:29:41 AM
Off Hold: 12/15/2022 01:28:07 PM *was* 12/09/2022 01:28:07 PM

MF Maria Ford — Field changes • 12/09/2022 07:29:41 AM
Off Hold: 12/15/2022 01:28:07 PM *was* 12/09/2022 01:28:07 PM

MS Matthew Silva — Field changes • 12/09/2022 01:28:11 AM
Off Hold: 12/09/2022 01:28:07 PM
State: On Hold *was* Off Hold

MS Matthew Silva — Field changes • 12/09/2022 01:28:11 AM
Off Hold: 12/09/2022 01:28:07 PM
State: On Hold *was* Off Hold

| | | | |
|---|---|---|---|
| System | | Email sent | 12/08/2022 04:33:34 PM |
| | ✉ Email sent | | |
| | Subject: Task SCTASK0076459 has been taken off hold | | |
| | From: Proskauer Help Desk | | |
| | To: MFord@proskauer.com | | |
| | Show email details | | |

| | | | |
|---|---|---|---|
| MS Matthew Silva | | Field changes | 12/08/2022 04:33:27 PM |
| Off Hold | [Empty] was 12/08/2022 04:33:26 PM | | |
| State | Off Hold was On Hold | | |

| | | | |
|---|---|---|---|
| MS Matthew Silva | | Field changes | 12/08/2022 04:33:27 PM |
| Off Hold | [Empty] was 12/08/2022 04:33:26 PM | | |
| State | Off Hold was On Hold | | |

| | | | |
|---|---|---|---|
| MS Matthew Silva | | Field changes | 12/08/2022 04:33:31 AM |
| Off Hold | 12/08/2022 04:33:26 PM | | |
| State | On Hold was Off Hold | | |

| | | | |
|---|---|---|---|
| MS Matthew Silva | | Field changes | 12/08/2022 04:33:31 AM |
| Off Hold | 12/08/2022 04:33:26 PM | | |
| State | On Hold was Off Hold | | |

| | | | |
|---|---|---|---|
| System | | Email sent | 12/08/2022 12:06:36 AM |
| | ✉ Email sent | | |
| | Subject: Task SCTASK0076459 has been taken off hold | | |
| | From: Proskauer Help Desk | | |
| | To: MFord@proskauer.com | | |
| | Show email details | | |

| | | | |
|---|---|---|---|
| MS Matthew Silva | | Field changes | 12/08/2022 12:06:23 AM |
| Off Hold | [Empty] was 12/08/2022 12:06:23 AM | | |
| State | Off Hold was On Hold | | |

| | | | |
|---|---|---|---|
| MS Matthew Silva | | Field changes | 12/08/2022 12:06:23 AM |
| Off Hold | [Empty] was 12/08/2022 12:06:23 AM | | |
| State | Off Hold was On Hold | | |

| | | | |
|---|---|---|---|
| MS Matthew Silva | | Field changes | 12/07/2022 12:06:27 AM |
| Off Hold | 12/08/2022 12:06:23 AM | | |
| State | On Hold was Off Hold | | |

| | | | |
|---|---|---|---|
| MS Matthew Silva | | Field changes | 12/07/2022 12:06:27 AM |
| Off Hold | 12/08/2022 12:06:23 AM | | |
| State | On Hold was Off Hold | | |

| | | | |
|---|---|---|---|
| System | | Email sent | 12/06/2022 02:51:09 PM |
| | ✉ Email sent | | |
| | Subject: Task SCTASK0076459 has been taken off hold | | |
| | From: Proskauer Help Desk | | |
| | To: MFord@proskauer.com | | |
| | Show email details | | |

| | | | |
|---|---|---|---|
| MF Maria Ford | | Field changes | 12/06/2022 02:50:56 PM |
| Off Hold | [Empty] was 12/06/2022 02:50:56 PM | | |
| State | Off Hold was On Hold | | |

| | | | |
|---|---|---|---|
| MF Maria Ford | | Field changes | 12/06/2022 02:50:56 PM |
| Off Hold | [Empty] was 12/06/2022 02:50:56 PM | | |
| State | Off Hold was On Hold | | |

| | | | |
|---|---|---|---|
| MF Maria Ford | | Field changes | 12/05/2022 02:51:04 PM |
| Off Hold | 12/06/2022 02:50:56 PM | | |
| On hold reason | On hold | | |
| State | On Hold was Open | | |

| | | | |
|---|---|---|---|
| MF Maria Ford | | Field changes | 12/05/2022 02:51:03 PM |
| Off Hold | 12/06/2022 02:50:56 PM | | |
| On hold reason | On hold | | |
| State | On Hold was Open | | |

| | | | |
|---|---|---|---|
| System | | Email sent | 12/05/2022 01:30:53 PM |
| | ✉ Email sent | | |
| | Subject: Task SCTASK0076459 has been assigned to you | | |
| | From: Proskauer Help Desk | | |
| | To: MFord@proskauer.com | | |
| | Show email details | | |

| | | | |
|---|---|---|---|
| NY Nicholas Yusupidi | | Field changes | 12/05/2022 01:30:46 PM |
| Assigned to | Maria Ford was Nicholas Yusupidi | | |

| | | | |
|---|---|---|---|
| NY Nicholas Yusupidi | | Field changes | 12/05/2022 01:30:46 PM |
| Assigned to | Maria Ford was Nicholas Yusupidi | | |

| | | | |
|---|---|---|---|
| System | | Email sent | 12/05/2022 01:21:29 PM |
| | ✉ Email sent | | |
| | Subject: Task SCTASK0076459 worknotes have been updated | | |
| | From: Proskauer Help Desk | | |
| | To: NYusupidi@proskauer.com | | |
| | Show email details | | |

| | | | |
|---|---|---|---|
| NY Nicholas Yusupidi | | Field changes | 12/05/2022 01:21:26 PM |
| Assigned to | Nicholas Yusupidi | | |

| | | | |
|---|---|---|---|
| NY Nicholas Yusupidi | | Work notes (Internal only) | 12/05/2022 01:21:25 PM |
| User has been added to the appropriate group, approval is implied as it is for a chief. | | | |

| | | | |
|---|---|---|---|
| NY Nicholas Yusupidi | | Field changes | 12/05/2022 01:21:25 PM |
| Assigned to | Nicholas Yusupidi | | |



System — Email sent • 12/05/2022 01:09:57 PM
Email sent
Subject: Catalog Task SCTASK0076459 has been assigned to group IT Help Desk
From: Proskauer Help Desk
To: ITHelpDesk@proskauer.com
Show email details

 Kevin Polakoff — Field changes • 12/05/2022 01:09:46 PM

| | |
|---|---|
| Assignment group | IT Help Desk |
| Description | Please follow the following steps<br>1. Get Partner and/or Chief Approval via email<br>2. If approved,<br>  a. Attach email documenting the approval to the task.<br>  b. Add user to AD Group and notify user.<br>    i. Groups/Restricted Groups/W10_Removable_Media<br>    ii. Put the request on hold for 24 hours.<br>3. If Rejected/Not Approved, notify user. |
| Opened by | Kevin Polakoff |
| Priority | 3 - Moderate |
| Requested For | Jonathan O'brien |
| Short description | Request to download Firm data to removable media – USB/CD 24 Hour Access |
| State | Open |

[Update] [Delete]

## Related Links
Show SLA Timeline
Repair SLAs



**Affected CIs** | Approvers | Group approvals | Task SLAs (2) | Related Attachments

Configuration Item ▾ | Search

Task = SCTASK0076459

| | Configuration Item | Class | Support group | Owned by | Applied | Applied date | Manual proposed change | Updated |
|---|---|---|---|---|---|---|---|---|

No records to display