# EXHIBIT 2

# Catalog Task SCTASK0076965

| | |
|---|---|
| Number | SCTASK0076965 |
| *Assignment group | IT Help Desk |
| *Assigned to | Shannon Lins |
| Active | ☑ |

| | |
|---|---|
| Priority | 3 - Moderate |
| State | On Hold |
| *On hold reason | . |
| *Off Hold | 01/04/2023 01:57:29 PM |
| Request item | RITM0084903 |
| Requested for | Jonathan O'brien |

*Short description: External Data Device

*Description: External Data Device

## Variables

* Requested for

Jonathan O'brien

* What is the urgency/severity of the request?

Urgent

Contact Type

Portal

* What is the business reason for the request?

Needs to provide information to consultants

* What is the name of the client for whom the data is being requested?

Internal

* What is the size of the data? (in Gb)

TBD

* What is the size of the drive? (in Gb)

TBD

* What is the length of time required? (in days)

24 hours

* What is the location of the data (i.e. SharePoint/filesite/local)

local

* Who is the approving/sponsoring partner?

Jonathan O'brien

Description

He is currently working on a VPN laptop remotely.

**Work notes (Internal only)**

Work notes (Internal only)

Post

Activities: 10

---

**SL** Shannon Lins    Field changes • 12/16/2022 01:57:36 PM

| | |
|---|---|
| Off Hold | 01/04/2023 01:57:29 PM |
| On hold reason | . |
| State | On Hold *was* Open |

---

**SL** Shannon Lins    Field changes • 12/16/2022 01:57:36 PM

| | |
|---|---|
| Off Hold | 01/04/2023 01:57:29 PM |
| On hold reason | . |
| State | On Hold *was* Open |

---

System    Email sent • 12/16/2022 01:29:24 PM

✉ Email sent
Subject: Task SCTASK0076965 has been assigned to you
From: Proskauer Help Desk
To: slins@proskauer.com
Show email details

---

**NY** Nicholas Yusupidi    Field changes • 12/16/2022 01:29:16 PM

Assigned to    Shannon Lins

---

**NY** Nicholas Yusupidi    Field changes • 12/16/2022 01:29:16 PM

Assigned to    Shannon Lins

---

System    Email sent • 12/16/2022 12:19:42 PM

✉ Email sent
Subject: Catalog Task SCTASK0076965 has been assigned to group IT Help Desk
From: Proskauer Help Desk
To: ITHelpDesk@proskauer.com
Show email details

---

**VR** Vadim Reznikov    Field changes • 12/16/2022 12:19:25 PM

| | |
|---|---|
| Assignment group | IT Help Desk *was* IT New York |
| Description | External Data Device |

---

**VR** Vadim Reznikov    Field changes • 12/16/2022 12:19:25 PM

| | |
|---|---|
| Assignment group | IT Help Desk *was* IT New York |
| Description | External Data Device |

---

System    Email sent • 12/16/2022 12:13:05 PM

✉ Email sent
Subject: Catalog Task SCTASK0076965 has been assigned to group IT New York
From: Proskauer Help Desk
To: ITNewYork@proskauer.com
Show email details



