IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
PROSKAUER ROSE LLP              :
                                :
            Plaintiff,          :
                                :   1:22-cv-10918-AT
    v.                          :
                                :
JONATHAN O'BRIEN,               :
                                :
            Defendant.          :
---------------------------------- X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark P. Goodman of Debevoise & Plimpton LLP hereby appears on behalf of Plaintiff Proskauer Rose LLP in the above captioned case. I certify that I am admitted to practice in this court.

Dated: New York, New York
       January 3, 2023

                                      DEBEVOISE & PLIMPTON LLP

                                      By: /s/ Mark P. Goodman
                                            Mark P. Goodman

                                      919 Third Avenue
                                      New York, New York  10022
                                      (212) 909-6000

                                      *Attorneys for Plaintiff Proskauer Rose LLP*

TO:  Russell Beck

Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA 02110

*Attorney for Jonathan O'Brien*