UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| PROSKAUER ROSE LLP, | : |
| | : |
| Plaintiff, | : |
| | :  1:22-cv-10918-AT-SLC |
| v. | : |
| | : |
| JONATHAN O'BRIEN, | : |
| | : |
| Defendant. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**[PROPOSED] ORDER TO SHOW CAUSE TO ENFORCE
THE TEMPORARY RESTRAINING ORDER**

Upon the application of plaintiff Proskauer Rose LLP ("Proskauer"), the Declaration of Yong ("Ken") C. Hsu, dated January 13, 2023, the Declaration of Jyotin Hamid, dated January 13, 2023, and the Memorandum of Law submitted herewith, it is hereby:

**ORDERED** that the defendant, Jonathan O'Brien ("O'Brien"), show cause before this Honorable Court, in Room ___, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 on _____, 2023, at ___ am/pm or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure ordering O'Brien to provide his firm iPhone password in accordance with this Court's December 28, 2022 Order to Show Cause for an *Ex Parte* Temporary Restraining Order and a Preliminary Injunction.

**ORDERED** that a copy of this order and supporting papers upon Defendant's counsel via ECF shall be deemed good and sufficient service thereof; and it is further

**ORDERED** that service of Answering Papers shall be via ECF on or before ____ __am/pm on _____, 2023; and it is further

**ORDERED** that service of Reply Paper shall be via ECF on or before ____ __am/pm on _____, 2023.

Dated: New York, New York
       January __, 2023

                                                SO ORDERED

                                                _____
                                                Judge Analisa Torres
                                                United States District Judge