# EXHIBIT 2

**Meal Expenses**

| Vendor | Expense Owner | Transaction Date | Attendees | Amount Spent | Purpose |
|---|---|---|---|---|---|
| Wolfgangs Steakhouse | Jonathan O'Brien | 11/1/2022 | Jonathan O'Brien, Leigh Anne Whyte | $296.26 | Dinner |
| Wolfgangs Steakhouse | Jonathan O'Brien | 11/10/2022 | Jonathan O'Brien, Vanessa O'Brien | $399.28 | Dinner after Vanessa's PWA event |
| Mitr Thai | Jonathan O'Brien | 12/8/2022 | Jonathan O'Brien, Leigh Anne Whyte, Svetlana Fersht | $344.07 | Leigh Anne Whyte's send off dinner |
| Kuyy Vy Kitchen | Leigh Anne Whyte | 11/17/2022 | Leigh Anne Whyte | $48.19 | Thank you lunch |
| Wolfgangs Steakhouse | Leigh Anne Whyte | 11/22/2022 | Jonathan O'Brien, Leigh Anne Whyte, Jeremy Russo | $200 | Dinner |