# EXHIBIT 3



**vobonline**
Shangri-La Le Touessrok, Mauritius

29 likes

**vobonline** Lions and Tigers and Bears, Oh My! #spousey shows off his new #christmas #bathingsuit because you know, it's a jungle out there 😉 Go @vilebrequin or go home!

December 25, 2022


**vobonline**
Shangri-La Le Touessrok, Mauritius



**32 likes**

**vobonline** 1,001 flavors at Hibiscus 🌺 Beach #mauritius #food #flavour #rum #justbecause #tuesday

View all 2 comments

December 27, 2022



vobonline
Shangri-La Le Touessrok, Mauritius



**28 likes**

**vobonline** What's yellow, can fly, and carry a passenger? Fun up ahead 👏 👍 😉 🙏 🪂

View 1 comment

December 30, 2022