# EXHIBIT 4

# Services & Facilities

## Services & Facilities

## Indulge Every Desire

At Shangri-La, we understand how important connectivity, efficiency and comfort are to our guests. From pre-arrival to your departure, a team of Shangri-La specialists are on hand to ensure a personalised experience and cater to all your needs with an extensive range of services and facilities.

If you require any service not listed here, please contact us and we will try to assist in any way we can.

**Facilities**

1. Conference Facilities
2. Hospitality Lounge
3. Non-smoking Rooms
4. Parking Facilities
5. Spa

**Children**

    1. Baby Sitting & Childcare Services

    2. Kid's Club

**Services**

    1. 24-hour Room Service

    2. Foreign Exchange Counter

    3. House Doctor on Call

    4. Select in-room Spa Services

    5. IT Butler

    6. Laundry & Valet Service

    7. Postal & Courier Service

**Travel & Transportation**

    1. Car Rental Service

    2. Helicopter Transport Service to/from the Airport

    3. Luxury car & Mercedes Vito 6-seater Service

    4. Travel Agency/Tour Desk

**Shops**

    1. Gift Shop

    2. Hair & Beauty Salon

    3. Shopping Arcade

**Food & Beverages**

    1. 24-hour Room Service

    2. 5 Restaurants & 3 Bars

    3. Lobby Lounge

## Address

Coastal Road, Trou d'Eau Douce 42212 Mauritius 

## Phone

(230) 402 7400 

## Check-in / Check-out

We hope you've enjoyed your stay from start to finish.
Please note the check-in / out times below:

Check-in: 2 pm
Check-out: 12 noon

## Payment Methods

Payment methods we accept:

Find & Book

Shangri-La Circle

About Shangri-La Group

### Shangri-La Circle App

Stay, Dine, Shop Anytime Anywhere

Learn More













Privacy Policy

Terms & Conditions

Safety & Security

Supplier Code Of Conduct

© 2023 Shangri-La International Hotel Management Ltd. All Rights Reserved. ICP license: 17055189