```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROSKAUER ROSE LLP,

                    Plaintiff,

    -against-                                  22 Civ. 10918 (AT)

JONATHAN O'BRIEN,                      **ORDER**

                    Defendant.

ANALISA TORRES, District Judge:

       The conference scheduled for January 24, 2023, at 11:20 a.m., shall be held by telephone. The parties are instructed to dial 888-398-2342 or 215-861-0674 at the time of the conference, and enter access code 5598827.

       SO ORDERED.

Dated: January 23, 2023
       New York, New York

                                                     ANALISA TORRES
                                         United States District Judge