UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROSKAUER ROSE LLP,

                         Plaintiff,

-against-

JONATHAN O'BRIEN,

                         Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   1/24/2023
```

22 Civ. 10918 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **January 26, 2023**, Defendant shall respond to Plaintiff's motion for an order to enforce the preliminary injunction. By **January 30, 2023**, Plaintiff shall file its reply, if any. The Court will hold a hearing on **February 2, 2023**, at **4:00 p.m.**, via telephone lines (888) 398-2342 or (215) 861-0674, access code 5598827.

    SO ORDERED.

Dated: January 24, 2023
       New York, New York

                                            ANALISA TORRES
                                   United States District Judge