

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

January 26, 2023

<u>BY ECF AND ELECTRONIC MAIL</u>

The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

        ***Proskauer Rose LLP v. O'Brien*, 1:22-cv-10918-AT (S.D.N.Y.)**

Dear Judge Torres:

In accordance with Your Honor's ruling on Tuesday, January 24, granting Plaintiff Proskauer Rose LLP's Motion for Order to Show Cause for a Preliminary Injunction, and pursuant to Your Honor's direction at Tuesday's hearing, we are attaching as **Exhibit 1** Plaintiff's Proposed Preliminary Injunction Order.

The Honorable Analisa Torres	2	January 26, 2023

Thank you.

                              Respectfully submitted.

                              DEBEVOISE & PLIMPTON LLP

By:    /s/ *Mark P. Goodman*
       Mark P. Goodman
          mpgoodman@debevoise.com
       Jyotin Hamid
          jhamid@debevoise.com
       Adam C. Saunders
          asaunders@debevoise.com
       Jaime M. Fried
          jmfried@debevoise.com
       DEBEVOISE & PLIMPTON LLP
       66 Hudson Boulevard
       New York, New York 10001
       Tel: (212) 909-6000

*Counsel for Proskauer Rose LLP.*

cc (by ECF):	All Counsel of Record