UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROSKAUER ROSE LLP,

               Plaintiff,

-against-

JONATHAN O'BRIEN,

               Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/26/2023__
```

22 Civ. 10918 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    During the conference on January 24, 2023, the Court directed Plaintiff to file a revised proposed preliminary injunction order amending the language to comport with the Court's Temporary Restraining Order ("TRO"), ECF No. 15, specifically, the language in Paragraph 5(b). On January 26, 2023, Plaintiff filed its revised order, but did not amend the language on page 2 to comport with Paragraph 5(b) of the TRO. ECF No. 51-1. Accordingly, by **January 30, 2023**, Plaintiff shall file a revised proposed preliminary injunction order.

    SO ORDERED.

Dated: January 26, 2023
       New York, New York

                                                ANALISA TORRES
                                             United States District Judge