UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/30/2023
```

PROSKAUER ROSE LLP,

                Plaintiff,

-against-

JONATHAN O'BRIEN,

                Defendant.

22 Civ. 10918 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On January 13, 2023, Plaintiff, Proskauer Rose LLP ("Proskauer"), filed a motion requesting that the Court issue an order enforcing the December 28, 2022 temporary restraining order ("TRO"), ECF No. 15. ECF No. 36. Specifically, Proskauer requested that the Court require Defendant, Jonathan O'Brien, to provide the password to his firm-issued iPhone. ECF Nos. 36–37. On January 24, 2023, the Court issued an order directing O'Brien to respond to Proskauer's motion by January 26, 2023, and scheduling a show cause hearing for February 2, 2023. ECF No. 50. On January 26, 2023, O'Brien filed a letter stating that he had provided Proskauer with the password, and that Proskauer's motion should therefore be denied as moot. ECF No. 55. On January 27, 2023, Proskauer filed a letter stating that it agrees its motion to enforce is now moot. ECF No. 61. Accordingly, Proskauer's motion is DENIED as moot. The hearing scheduled for February 2, 2023, is ADJOURNED *sine die*.

      Additionally, on January 26, 2023, O'Brien filed a proposed order to show cause why a protective order should not be issued preventing Proskauer from viewing certain of O'Brien's information on his firm-issued iPhone. ECF No. 54. Accordingly, by **February 3, 2023**, Proskauer shall respond to O'Brien's motion. By **February 10, 2023**, O'Brien shall file his reply, if any. On **February 15, 2023**, at **2:30 p.m.**, the parties shall appear at a show cause hearing. The hearing shall be held telephonically. At the time of the hearing, the parties are directed to dial (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

      SO ORDERED.

Dated: January 30, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge