**Debevoise & Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/3/2023__

February 2, 2023

**BY ECF AND EMAIL**

The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

    **Re: Proskauer Rose LLP v. O'Brien, No. 1:22-CV-10918-AT (S.D.N.Y.)**

Dear Judge Torres,

We represent Plaintiff Proskauer Rose LLP ("Proskauer" or the "Firm") in the above-referenced action. We write to request an extension of time to file our opposition to Defendant Jonathan O'Brien's ("O'Brien") Emergency Motion for a Proposed Order to Show Cause Why a Protective Order Should not be Issued Preventing Proskauer from Viewing Certain of Mr. O'Brien's Information on his Firm-Issued iPhone [ECF No. 54].

The current deadline for our opposition is February 3, 2023. Proskauer requests adjourning this deadline to February 6, 2023, in order to facilitate ongoing negotiations between Proskauer and O'Brien regarding a protocol for the review of the contents of O'Brien's firm-issued iPhone which may moot the motion. The Firm has not previously requested an extension, and counsel for Mr. O'Brien has consented to the extension.

GRANTED.

SO ORDERED.

Dated: February 3, 2023
     New York, New York

_____
ANALISA TORRES
United States District Judge