UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROSKAUER ROSE LLP,

          Plaintiff,

-against-

JONATHAN O'BRIEN,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/7/2023_

22 Civ. 10918 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated January 27 and February 3 and 6, 2023. ECF Nos. 62, 69–71. Accordingly:

- The hearing scheduled for February 15, 2023, is ADJOURNED *sine die*.
- Defendant's request for leave to file a motion to dismiss is GRANTED.
- By **March 14, 2023**, Defendant shall file his motion.
- By **April 4, 2023**, Plaintiff shall file its opposition.
- By **April 18, 2023**, Defendant shall file his reply, if any.

    SO ORDERED.

Dated: February 7, 2023
         New York, New York

                                              ANALISA TORRES
                                     United States District Judge