

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

March 24, 2023

**BY EMAIL AND ECF**

The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

      *Re: Proskauer Rose LLP v. O'Brien*, 1:22-cv-10918-AT (S.D.N.Y.)

Dear Judge Torres:

We represent Plaintiff Proskauer Rose LLP ("Proskauer") in the above-referenced action. We write in accordance with Section III.B.iv of Your Honor's Individual Practices in Civil Cases concerning Defendant Jonathan O'Brien's March 14, 2023 partial motion to dismiss [ECF No. 77].

While Proskauer does not believe that its pleadings are deficient, Proskauer plans, for reasons having nothing to do with Mr. O'Brien's pending motion to dismiss one count of the Complaint, to seek leave to amend its Complaint within 30 days of the entry of the Case Management Plan and Scheduling Order (the "CMO"), which the parties are planning to submit to the Court on or before the March 31 deadline [*See* ECF No. 65]. Proskauer's amended pleading may include additional facts and allegations which could bear on the pending motion to dismiss.

In our view, and particularly given that an amended pleading would supersede the current Complaint to which the pending motion is addressed, it is in the interest of both parties and judicial efficiency for Mr. O'Brien to review Proskauer's proposed amended Complaint before proceeding further with his pending motion. We informed Mr. O'Brien's counsel on March 21 that Proskauer intends to seek leave to amend its Complaint within the period set forth in the CMO, but counsel declined to voluntarily postpone Mr. O'Brien's motion.

                                                  Respectfully submitted.

                                                  DEBEVOISE & PLIMPTON LLP

The Honorable Analisa Torres                                2                                March 24, 2023

                                             By:    /s/ Mark P. Goodman
                                                           Mark P. Goodman
                                                                mpgoodman@debevoise.com
                                                           Jyotin Hamid
                                                               jhamid@debevoise.com
                                                          Adam C. Saunders
                                                               asaunders@debevoise.com
                                                          Jaime M. Fried
                                                               jmfried@debevoise.com
                                                          DEBEVOISE & PLIMPTON LLP
                                                          66 Hudson Boulevard
                                                          New York, New York 10001
                                                          Tel: (212) 909-6000

                                                    *Counsel for Proskauer Rose LLP.*

cc (by ECF):           All Counsel of Record