**Debevoise**
**&Plimpton**

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/29/2023

March 29, 2023

**BY ECF AND EMAIL**

The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

### Re: Proskauer Rose LLP v. O'Brien, No. 1:22-CV-10918-AT (S.D.N.Y.)

Dear Judge Torres,

We represent Plaintiff Proskauer Rose LLP ("Proskauer" or the "Firm") in the above-referenced action.  We write to request an extension of time by which to file Proskauer's Amended Complaint.

The current deadline for our amended complaint is April 4, 2023 [ECF No. 79]. Proskauer requests to adjourn this deadline to 30 days after the Court's entry of the parties' Case Management Order ("CMO").  This proposed deadline would align with the parties' agreement in their proposed CMO, which follows the provisions set forth in the Court's model CMO.

Counsel for Mr. O'Brien has consented to the extension.

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

*/s/ Jyotin Hamid*
Jyotin Hamid

GRANTED.

SO ORDERED.

Dated: March 29, 2023
New York, New York

**ANALISA TORRES**
**United States District Judge**