UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  4/3/2023
```

PROSKAUER ROSE LLP,

                Plaintiff,

-against-

JONATHAN O'BRIEN,

                Defendant.

22 Civ. 10918 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. ECF No. 82-1. The deadlines in paragraphs five through seven require dates certain, i.e., "August 1, 2023," rather than "120 days from the date of this order." *See id.* ¶¶ 5–7. By **April 10, 2023**, the parties shall file a revised proposed case management plan setting dates certain for all discovery deadlines, particularly those in paragraphs five through seven.

    SO ORDERED.

Dated: April 3, 2023
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge