UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROSKAUER ROSE LLP,

                Plaintiff,

-against-

JONATHAN O'BRIEN,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/5/2023__

22 Civ. 10918 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed protective order. ECF No. 86. The Court shall not retain jurisdiction to enforce this order following termination of the litigation. *See id.* ¶ 19. Accordingly, the parties shall file an amended proposed protective order.

    SO ORDERED.

Dated: May 5, 2023
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge