```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/9/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROSKAUER ROSE LLP,

                Plaintiff,

-against-

JONATHAN O'BRIEN,

                Defendant.

22 Civ. 10918 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 14, 2023, Defendant filed a motion to dismiss the complaint. ECF No. 76. On May 8, 2023, Plaintiff filed an amended complaint. ECF No. 90. Accordingly, by **May 16, 2023**, Defendant shall notify the Court whether he intends to withdraw his motion, rely on his motion, or file a new motion to dismiss.

    SO ORDERED.

Dated: May 9, 2023
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge