USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROSKAUER ROSE LLP,

        Plaintiff,

v.

JONATHAN O'BRIEN,

        Defendant.

Case No.: 1:22-cv-10918-AT-SLC

**STIPULATION AND ORDER REGARDING TEMPORARY STAY**

This Stipulation and Proposed Order is entered into by and between Plaintiff Proskauer Rose LLP ("Proskauer") and Defendant Jonathan O'Brien ("O'Brien") (each a "Party" and, together, the "Parties"), to request that the Court temporarily stay all proceedings and deadlines in the above-captioned matter for a period of 30 days from the date of this Order to enable the Parties to discuss potential settlement.

IT IS HEREBY AGREED by the Parties, and ORDERED by the Court, that:

(i)    Counsel for the Parties will meet and confer over the course of 30 days from the date of this Order to discuss potential settlement.

(ii)    During such time, the Court hereby stays all proceedings and deadlines, including the deadline for Defendant to submit an Answer and all discovery deadlines, for 30 days from the date of this Order.

SO ORDERED.

DATED: May 30, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge