

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

June 30, 2023

<u>BY ECF AND EMAIL</u>

The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re:   *Proskauer Rose LLP v. Jonathan O'Brien*, No. 1:22-CV-10918-AT

Dear Judge Torres:

We represent Plaintiff Proskauer Rose LLP ("Proskauer") in the above-referenced
action, and we write on behalf of both Parties.  Pursuant to the Court's May 30, 2023
Stipulation and Order Regarding Temporary Stay, ECF No. 95, Proskauer and
Defendant Jonathan O'Brien (together, the "Parties") have engaged in settlement
discussions over the past 30 days.  The Parties were unable to reach an agreement
during the stay.  Although the Parties will continue to explore the possibility of
settlement, we jointly seek to move the litigation forward as well.  In light of the time
elapsed during the stay, and to accommodate scheduling constraints and competing
obligations on both sides, the Parties respectfully request that the Court enter an
order amending the scheduled deadlines in this case, as follows:

The Honorable Analisa Torres                    2                    June 30, 2023

| Event | Current Deadline[1] | Proposed Deadline |
|-------|---------------------|-------------------|
| Defendant to file Answer or Otherwise Respond to Amended Complaint | July 10, 2023 | August 7, 2023 |
| Plaintiff to respond to Defendant's interrogatory requiring identification of trade secrets Defendant allegedly misappropriated (¶ 6(b)(i), Dkt. 85) | July 10, 2023 | September 7, 2023 |
| Requests for admission (¶ 6(d), Dkt. 85) | July 25, 2023 | October 25, 2023 |
| Deadline for parties to meet and confer on a schedule for expert disclosures (¶ 7(b) Dkt. 85) | August 8, 2023 | November 15, 2023 |
| Fact discovery closes; all depositions completed (¶¶ 5, 6(c), Dkt. 85) | September 7, 2023 | December 15, 2023 |
| Deadline for completion of expert discovery | October 23, 2023 | January 22, 2024 |
| Deadline for a pre-motion conference for summary judgment motion (¶ 8, Dkt. 85) | September 21, 2023 | December 29, 2023 |
| Deadline for counsel to meet face-to-face for at least one hour to discuss settlement (¶ 9, Dkt. 85) | September 21, 2023 | December 29, 2023 |
| Case management conference (¶ 15, Dkt. 85) | September 28, 2023 | January 11, 2024 |

---

[1]     In accordance with the Stipulation and Order Regarding Temporary Stay, ECF No. 95, the "Current Deadlines" calculated above are 30 days from the deadlines set forth in the Civil Case Management Plan and Scheduling Order, ECF No. 85.

The Honorable Analisa Torres                3                June 30, 2023

| Event | Current Deadline[1] | Proposed Deadline |
|---|---|---|
| Deadline for Final Pretrial Submission (¶ 11, Dkt. 85) | October 22, 2023 | February 21, 2024 |

Although the Parties recognize this proposed schedule exceeds the 120-day period set forth in the initial scheduling order entered by the Court, we respectfully submit it is warranted in light of the Parties' twin goals of moving the case forward while continuing to explore a consensual resolution.

We appreciate the Court's attention to this matter.

      /s/ Jyotin Hamid_____
      Jyotin Hamid
      DEBEVOISE & PLIMPTON LLP
      66 Hudson Boulevard
      New York, New York 10001
      (212) 909-6000
      jhamid@debevoise.com