

Beck Reed Riden LLP
155 Federal Street | Suite 1302
Boston | Massachusetts 02110
Tel. (617) 500-8660 | Fax (617) 500-8665
BeckReedRiden.com
**Russell Beck**
**Direct: (617) 500-8670**
rbeck@beckreed.com

October 4, 2023

**VIA ECF AND EMAIL**

The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY  10007
*Torres_NYSDChambers@nysd.uscourts.gov*

Re:     **Proskauer Rose LLP v. O'Brien**, No. 1:22-CV-10918-AT (S.D.N.Y.)

Dear Judge Torres,

We represent Defendant Jonathan O'Brien ("Mr. O'Brien") in the above-referenced case, and we submit this letter on behalf of both parties. In order to allow the parties time to continue actively negotiating in good faith the terms of a settlement agreement, and to accommodate competing obligations on both sides, the parties respectfully request a further, brief extension of two specific deadlines in this case as follows:

- The current deadline for Mr. O'Brien to file his Answer or otherwise respond to the Amended Complaint is October 9, 2023 [Dkt. 104]. The parties request to adjourn this deadline by three weeks, to October 30, 2023.

- The current deadline for Plaintiff Proskauer Rose LLP to respond to Mr. O'Brien's interrogatory requiring identification of trade secrets (¶ 6(b)(i), Dkt. 85) is November 9, 2023 [Dkt. 104]. The parties request to adjourn this deadline by three weeks, to November 30, 2023.

The parties are not seeking an extension of any other deadlines at this time. However, if the parties are unable to agree upon all terms of a settlement by October 30, they anticipate that they will need to seek extensions of all other deadlines set forth in the revised Case Management Order [Dkt. 97].



The Honorable Analisa Torres
October 4, 2023
Page 2

We appreciate the Court's consideration of, and attention to, this matter.

Respectfully submitted,
BECK REED RIDEN, LLP

Russell Beck

cc:    Counsel of Record (via ECF)