

Beck Reed Riden LLP
155 Federal Street | Suite 1302
Boston | Massachusetts 02110
Tel. (617) 500-8660 | Fax (617) 500-8665
BeckReedRiden.com
Russell Beck
Direct: (617) 500-8670
rbeck@beckreed.com

October 24, 2023

**VIA ECF AND EMAIL**

The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY  10007
*Torres_NYSDChambers@nysd.uscourts.gov*

  Re: **Proskauer Rose LLP v. O'Brien**
     **No. 1:22-CV-10918-AT (S.D.N.Y.)**

Dear Judge Torres,

  We represent Defendant Jonathan O'Brien ("Mr. O'Brien") in the above-referenced matter. We submit this letter on behalf of both parties.

  Since the parties' last letter to the Court on October 4. 2023 [ECF No. 105], the parties have continued to actively negotiate the terms of a settlement agreement and have made significant progress. The parties are optimistic that they will be able to finalize a settlement agreement within approximately thirty (30) days. Accordingly, rather than seek a further extension of any deadlines at this time, the parties respectfully propose the following for the Court's consideration and approval:

- The Court orders a stay of all case deadlines until December 3, 2023.

- On or before December 3, 2023, the parties file a report (the "Joint Report") with the Court concerning the status of settlement and the need, if any, for a continuation of the stay.

- If, in the Joint Report, the parties report that negotiations have failed, the parties will request a scheduling conference at the Court's earliest convenience.

- In advance of that conference, the parties will work in good faith to agree on a joint scheduling proposal to the Court and will submit such proposal in



The Honorable Analisa Torres
October 24, 2023
Page 2

advance of the scheduling conference, noting all areas of agreement and continued disagreement.

We appreciate the Court's consideration of, and attention to, this matter.

Respectfully submitted,

BECK REED RIDEN, LLP

Russell Beck

cc:     Counsel of Record (via ECF)