

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

February 1, 2024

**BY ECF AND EMAIL**

The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    **Re: Proskauer Rose LLP v. O'Brien, No. 1:22-CV-10918-AT (S.D.N.Y.)**

Dear Judge Torres,

We represent plaintiff Proskauer Rose LLP, and, on behalf of both parties in the above-referenced action, we write to (1) advise the Court that the parties have reached a confidential settlement agreement to resolve this matter, and (2) respectfully request that the Court enter the attached proposed Permanent Injunction order. The parties' agreement contemplates this joint request, and the parties, through their counsel, have stipulated to entry of the attached form of order. Upon entry of the Permanent Injunction, Proskauer will file a notice with the Court dismissing the action, with prejudice.

The parties appreciate the Court's attention to this matter. Please let us know if you have any questions or would like the parties to appear for any reason.

Respectfully submitted,

*/s/ Jyotin Hamid*

Jyotin Hamid


cc (by ECF):        All Counsel of Record