**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
PROSKAUER ROSE LLP                                 :
                                                   :
                Plaintiff,                         :
                                                   :    1:22-cv-10918-AT
        v.                                         :
                                                   :
JONATHAN O'BRIEN,                                  :
                                                   :
                Defendant.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

**PERMANENT INJUNCTION**

WHEREAS, plaintiff Proskauer Rose LLP ("Proskauer") commenced this action against defendant Jonathan O'Brien by filing a Complaint on December 27, 2022, alleging, *inter alia*, theft by O'Brien of Proskauer's trade secrets and other confidential and proprietary information;

WHEREAS, on December 28, 2022, this Court entered a Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction (the "TRO") temporarily restraining O'Brien and all those in active concert or participation with him from engaging in further acts of misappropriation of any of Proskauer's proprietary, confidential and/or trade secret information obtained from Proskauer's computer systems and otherwise;

WHEREAS, on January 27, 2023, this Court issued an Order for Preliminary Injunction, which extended the TRO's protections for the duration of the Action;

WHEREAS, Proskauer and O'Brien have entered voluntarily into a confidential settlement agreement to settle and fully resolve all claims that Proskauer and O'Brien raised or

could have raised against O'Brien in this action, which provides, among other things, that Proskauer and O'Brien jointly seek entry of this Permanent Injunction;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, and IT IS HEREBY ORDERED, that, except as otherwise expressly agreed in writing by the Parties, O'Brien and anyone acting in concert or participation with O'Brien who receives notice of this Permanent Injunction and Final Judgment, are PERMANENTLY ENJOINED AND RESTRAINED from possessing, having custody or control of, misappropriating, disseminating, copying, or using any of Proskauer's proprietary, confidential, and/or trade secret information (including any copies or excerpts thereof) that O'Brien downloaded, copied, printed, or otherwise obtained from Proskauer, including all copies of Proskauer's electronic files and all paper copies in his possession, custody, or control.

Dated: January 30, 2024

| | |
|---|---|
| */s/ Jyotin Hamid* | */s/ Russell Beck* [1] |
| Jyotin Hamid | Russell Beck |
| Mark P. Goodman | Sarah C.C. Tishler |
| Adam C. Saunders | Beck Reed Riden LLP |
| Jaime M. Fried | 155 Federal Street, Suite 1302 |
| DEBEVOISE & PLIMPTON LLP | Boston, MA 02110 |
| 66 Hudson Boulevard | |
| New York, NY 10001 | Russell M. Yankwitt |
| Tel: (212) 909-6000 | Yankwitt LLP |
| | 140 Grand Street, Suite 705 |
| *Attorneys for Plaintiff* | White Plains, NY 10601 |
| | *Attorneys for Defendant* |

---

[1] Per S.D.N.Y. ECF Rule 8.5, Mr. Beck has consented to the terms of this document and to its submission to the Court.

SO ORDERED:

Dated: New York, New York
_____ \_\_\_, 2024

                                                                        Hon. Analisa Torres
                                                                        United States District Judge